Todd Blanche
Acting Attorney General
Thomas J. Hanlon
Assistant United States Attorney
Eastern District of Washington
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
MAY 13 2026
SEAN F. MCAVOY, CLERK
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALFREDO GALLEGOS GUILLEN,<br>Defendant. | **1:26-CR-2021-SAB**<br>INDICTMENT<br>Vio.: 18 U.S.C. § 111(a)(1), (b)<br>Assaulting Resisting, or Impeding Certain Officers or Employees |

The Grand Jury charges:

On or about the April 20, 2026, in the Eastern District of Washington, the Defendant, ALFREDO GALLEGOS GUILLEN, did forcibly assault, resist, oppose, impede, intimidate, and interfere with N.E., a deportation officer with Enforcement and Removal Operations, who was engaged in his official duties, with a deadly or dangerous weapon, to wit, a 2011 Chevrolet Cruz vehicle, in violation of 18 U.S.C. § 111(a)(1), (b).

//

DATED this 13th day of May, 2026.

A TRUE BILL

[redacted]

Foreperson

Todd Blanche
Acting Attorney General

Alison L. Gregoire
Criminal Chief

Thomas J. Hanlon
Assistant United States Attorney