# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

ALFREDO GALLEGOS GUILLEN,

Defendant.

**Case No.** **1:26-cr-02021-SAB-1**

**CRIMINAL MINUTES**

**DATE:** **10/07/2026**

**LOCATION:** **YAKIMA, WA**

**SENTENCING**

## CHIEF JUDGE STANLEY A. BASTIAN

| | | | |
|---|---|---|---|
| Pamela Howard<br>Ruby Mendoza [zoom]<br>**Courtroom Deputy** | 03<br>**Law Clerk** | Natalia Rivera<br>**Interpreter** | Marilynn McMartin<br>**Court Reporter** |
| Benjamin Seal<br>**Government Counsel** | | Craig Webster<br>**Defense Counsel** | |
| **United States Probation Officer:** Jon Bot [zoom] | | | |

**[ X ] Open Court** **[ ] Chambers** **[ X ] Telecon/Video**

Defendant present and in custody of the US Marshal.

Court confirms with defendant that he can hear and understand the proceedings with the assistance of the Certified Court Interpreter. Defendant states yes.

Court outlines the case. Defendant pled guilty. Court summarizes maximum penalties and guidelines. Court has reviewed all of the materials submitted and presentence report. Offense Level of 26; Criminal History Category Level I; Recommended Range 63 to 78 months.

Court confirms defendant has reviewed and discussed the presentence report with his lawyer.
Defendant indicates yes.

No objections to the Presentence Report. Court accepts the calculations in the Presentence Report.

Mr. Seal presents argument and outlines recommendations. Imprisonment: 48 months.
Court questions Mr. Seal.
Mr. Seal responds and continues argument.

N.E. addresses the Court on his own behalf.

| | | |
|---|---|---|
| **CONVENED: 1:39 P.M.** | **ADJOURNED: 2:12 P.M.** | **TIME: 33 MIN.** |

Mr. Webster presents argument and outlines recommendations. Imprisonment: 8 months; Supervised Release: 3 years.

Court addresses counsel regarding objections to the presentence report. Objections are denied.

Court addresses Mr. Webster regarding warrants. Mr. Webster indicates the warrants are active.

Court speaks to the defendant.

Defendant speaks to the Court.

Court speaks to the defendant. Court accepts the 11(c)(1)(C) Plea Agreement. Court outlines the 3553 factors. Court sentences defendant.

**Imprisonment:** 36 months, defendant shall receive credit for time served.

**Supervised Release:** 3 years, with all the conditions recommended by U.S. Probation and the following special conditions:

1. You must not communicate, or otherwise interact, with N.E., either directly or through someone else, without first obtaining the permission of the probation officer. You must not enter the premises or loiter within 1000 feet of the N.E. residence or place of employment.

2. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

3. You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

4. You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

5. You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry

**Special Penalty Assessment:** $100.00

**Fine:** Waived

Court asks if defendant waives the reading of the conditions.
Mr. Webster indicates conditions were reviewed and defendant waives a further reading of the conditions.

Waiver of Right to Appeal discussed.

Mr. Webster requests the Court make a recommendation for placement at FCI Sheridan for purposes of family visitation.
Court will make the recommendation.